

# THE THIRTEENTH COURT OF APPEALS

## 13-25-00364-CV

The State of Texas for the Best Interest and Protection of L.S. Jr.

On Appeal from the
Probate Court of Hidalgo County, Texas
Trial Court Cause No. L-10068

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. No costs are assessed against appellee.

We further order this decision certified below for observance.

October 30, 2025